# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GARY L. SYLVER, ) <br> ) <br> Defendants. ) | Case No. 2:16-cv-01787-GMN-NJK <br><br> ORDER |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Defendant has failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than September 21, 2016.[1]

IT IS SO ORDERED.

DATED: September 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] It appears from the notice of electronic filing that the prior minute order was not served on Defendant. *See* Docket No. 13.