UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, <br>                Plaintiff(s), <br> vs. <br> GARY L. SYLVER, <br>                Defendant(s). | Case No. 2:16-cv-01787-GMN-NJK <br><br> ORDER |

     Pending before the Court is the parties' discovery plan.  Docket No. 17.  Although not entirely clear, it appears that the parties seek an extended discovery period based on the planned filing of a motion for summary judgment, during the pendency of which the parties wish to delay their discovery obligations.  *See id.* at 3, 4.  The discovery plan is **DENIED**.

     If the parties wish to delay discovery until after a ruling on the motion for summary judgment, they shall file a motion or stipulation to stay discovery addressing the applicable standards.  *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581-82 (D. Nev. 2013).  Otherwise, the parties shall file a discovery plan that complies with the dates outlined in the local rules.  The request to stay or amended discovery plan shall be filed no later than October 24, 2016.

     IT IS SO ORDERED.

     DATED: October 17, 2016

                                                      NANCY J. KOPPE <br>
                                                      United States Magistrate Judge