UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DCR MORTGAGE 1, LLC, | ) | |
| | ) | Case No. 2:16-cv-01787-GMN-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GARY L. SYLVER, | ) | (Docket No. 19) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Defendant is appearing in this case *pro se*, and has filed his Rule 26 disclosures on the docket. Docket No. 19. Defendant is advised that discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the notice filed at Docket No. 19 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: October 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge