UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DCR MORTGAGE 1, LLC, | ) | |
|                Plaintiff(s), | ) | Case No. 2:16-cv-01787-GMN-NJK |
| vs. | ) | ORDER |
| GARY L. SYLVER, | ) | (Docket No. 24) |
|                Defendant(s). | ) | |

Pending before the Court is an interim status report, Docket No. 24, which fails to comply with the local rules in several respects. First, Defendant's counsel did not sign the status report. *See* Local Rule 26-3. Second, the interim status report does not include the certifications required. *See id.* The Court hereby **ORDERS** counsel to review Local Rule 26-3 (as amended, May 1, 2016) and to file an amended joint status report that complies with the Local Rules by December 27, 2016.

IT IS SO ORDERED.

Dated: December 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge