Thomas R. Port  (CA Bar # 51349)(NV Bar # 7869)
LAW OFFICES
Telephone No: (510) 878-2744; Fax (510) 878-2744
83 Mission Hills St., Oakland, CA 94605
2475 Chandler, Ste. 1, Las Vegas, NV.
Telephone (702) 963-8246
Attorney for Defendant Gary L. Sylver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY L. SYLVER, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:      2:16-CV-01787 GMN<br>Assigned to:  Hon. Gloria M. Navarro<br><br>**DECLARATION OF THOMAS R. PORT RE: ATTENDANCE AT SETTLEMENT CONFERENCE** |

I, THOMAS R. PORT, declare:

1. That I am an attorney licensed to practice before this court and the courts of the Sate of Nevada and California. I am the attorney of record for defendant Gary L. Sylver in this action.

2. My client Gary L. Sylver will certainly attend the Settlement Conference as ordered. I apologize to the court if my Settlement Conference Statement implied otherwise. What I had intended to convey is that my office is located at 83 Mission Hills, Oakland,

California, and that is also my residence. I have used the offices of Just Like Sugar, Inc. for a Las Vegas address and their secretary has assisted me in cases involving that company. Their current address is stated above.

3. Mr. Sylver advises me he does not presently have the funds to purchase a plane ticket for me to fly to Las Vegas to attend the conference. I am further advised he is not in a financial position to tender a settlement offer to plaintiff. He states, based on his discussions with bankruptcy counsel, it is very likely he will be filing Chapter 7 bankruptcy in the very near future.

4. On that basis I would request permission to appear by telephone for the conference, or in the alternative, that this matter might be continued for 30 days.

5. I am representing Mr. Sylver entirely on a *pro bono* basis.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: August 10, 2017        _____
                              Thomas R. Port, Attorney