| | |
|---|---|
| 1 | **Thomas R. Port  (CA Bar # 51349)(NV Bar # 7869)** |
|   | LAW OFFICES |
| 2 | Telephone No: (510) 878-2744; Fax (510) 878-2744 |
|   | 83 Mission Hills St., Oakland, CA 94605 |
| 3 | 2475 Chandler, Ste. 1, Las Vegas, NV. |
|   | Telephone (702) 963-8246 |
| 4 | Designated Local Counsel: |
|   | Robert S. Qualey, Esq. |
| 5 | 2320 Paseo Del Prado, Bldg. B., Ste. 205 |
|   | Las Vegas, NV 89102 |
| 6 | (702) 474-6677 Fax (702) 474-6676 |
|   | Attorney for Defendant Gary L. Sylver |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DCR MORTGAGE 1, LLC, a Delaware Limited Liability Company, | Case No.: | 2:16-CV-01787-GMN-NJK |
| Plaintiff, | **DESIGNATION OF LOCAL COUNSEL** | |
| vs. | **LOCAL RULE 11-1(b)** | |
| GARY L. SYLVER, an individual, and DOES 1-10, inclusive, | | |
| Defendants. | | |

TO THE COURT AND TO ALL COUNSEL:

Pursuant to Local Rule 11-1(b) defendant GARY L. SYLVER hereby designates Robert S. Qualey, Esq. of the Offices of Dotson & Qualey as local counsel upon whom service of documents may be effected in this action.

Mr. Qualey's office address and phone are:

2320 Paseo Del Prado, Building B, Suite 205,
Las Vegas, NV 89102.
Phone (702) 474-6677. Fax (702) 474-6676

Dated: August 15, 2017

_____
Thomas R. Port, Attorney for Defendant Gary L. Sylver