# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, | Case No. 2:16-cv-01787-GMN-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| GARY L. SYLVER, | |
| Defendant(s). | |

A settlement conference is set in this case for September 19, 2017. Docket No. 41. In light of the filing of Defendant's notice of bankruptcy indicating that this case may be automatically stayed, Docket No. 42, the settlement conference is hereby **VACATED**. No later than September 26, 2017, the parties shall file a joint statement as to whether this case has been stayed and, if so, the current duration of that stay.

IT IS SO ORDERED.

DATED: September 18, 2017

					_____
					Nancy J. Koppe
					United States Magistrate Judge