# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-01787-GMN-NJK |
| v. | ) ORDER |
| GARY L. SYLVER, | ) |
| Defendant(s). | ) |

This case is stayed in light of the initiation of bankruptcy proceedings. *See* Docket Nos. 44, 45. The parties shall file a joint status report regarding the bankruptcy proceedings on January 5, 2018, and every 90 days thereafter.

IT IS SO ORDERED.

DATED: December 22, 2017

_____
Nancy J. Koppe
United States Magistrate Judge