# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, | Case No. 2:16-cv-01787-GMN-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| GARY L. SYLVER, | |
| Defendant(s). | |

Pending before the Court is a joint notice that Plaintiff's claim in this action has been discharged in bankruptcy. Docket No. 47. Accordingly, no later than January 18, 2018, the parties shall file either dismissal papers or a further joint status report as to a schedule to move this case forward toward conclusion.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge