# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-01787-GMN-NJK |
| v. | ) ORDER |
| GARY L. SYLVER, | ) |
| Defendant(s). | ) |

The parties shall file a further joint status report on March 15, 2018, and every 60 days thereafter.

IT IS SO ORDERED.

DATED: January 19, 2018

_____
Nancy J. Koppe
United States Magistrate Judge