UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC,<br><br>        Plaintiff(s),<br><br>vs.<br><br>GARY L. SYLVER,<br><br>        Defendant(s). | Case No. 2:16-cv-01787-GMN-NJK<br><br>ORDER |

The parties were ordered to file a status report by May 14, 2018, *see* Docket No. 51, but did not do so. The parties are ORDERED file that status report by May 18, 2018.[1]

IT IS SO ORDERED.

Dated: May 16, 2018

                                          NANCY J. KOPPE
                                          United States Magistrate Judge

---

[1] Nothing herein alters the order that a status report shall be filed every 60 days. *See* Docket No. 51.