Edward D. Vaisbort, Esq. (SBN 6153)
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 564-2670
Facsimile: (310) 564-2671
Attorneys for Plaintiff,
DCR MORTGAGE 1, LLC

John P. Desmond, Esq. (SBN 5618)
**DICKINSON WRIGHT, PLLC**
8363 West Sunset Rd., Suite 200
Las Vegas, NV 89113
Attorneys for Plaintiff,
DCR MORTGAGE 1, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DCR MORTGAGE 1, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>GARY L. SYLVER, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-01787-GMN-NJK |

### **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE**

Plaintiff DCR Mortgage 1, LLC ("Plaintiff"), and Defendant Gary L. Sylver, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 20, 2017, the United States Bankruptcy Court for the District of Nevada entered an Order of Discharge in favor of Defendant, Case No. 17-15002-leb. (ECF No. 47).

2. Since that time, the parties disputed whether the bankruptcy case has been fully resolved with regard to Plaintiff's claim. (ECF Nos. 52 and 54).

1

**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE**

3.     At this time, based on Defendant's contentions that the discharge bars claims against him, Plaintiff has determined that it should refrain from further pursuing its claims in this case.

4.     Therefore, the parties agree that all claims in this case should be dismissed, without prejudice, with each party to bear his/its own fees and costs.

Respectfully Submitted,

DATED: July 16, 2018

**MICHELMAN & ROBINSON, LLP**

By:   /s/ Edward D. Vaisbort
      EDWARD D. VAISBORT
      Attorney for Plaintiff,
      DCR MORTGAGE 1, LLC

DATED: July 16, 2018

**DICKINSON WRIGHT, PLLC**

By:   /s/ John P. Desmond
      JOHN P. DESMOND
      Attorney for Plaintiff,
      DCR MORTGAGE 1, LLC

DATED: July 16, 2018.

**LAW OFFICES OF THOMAS R. PORT**

By:   /s/ Thomas R. Port
      Thomas R. Port, Esq.
      Attorney for Defendant,
      GARY L. SYLVER

\*\*\*

**ORDER**

**IT IS HEREBY ORDERED** that the Court's prior Order Granting the Stipulation of Dismissal, (ECF No. 57), is vacated in light of this Order.

**IT IS FURTHER ORDERED** that pursuant to the stipulation of the parties, the case is dismissed without prejudice. Each side to bear their own costs and fees.

Dated this  21  day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE

# CERTIFICATE OF SERVICE

I certify that I am an employee of DICKINSON WRIGHT PLLC, and that on this date, pursuant to Fed. R. Civ. P. 5(b); I am serving a true and correct copy of the attached **STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE** on the party listed below through the **United States District Court's CM/ECF filing system**:

Thomas R. Port, Esq.
2020 Pama Lane
Las Vegas, NV 89119

DATED this 16th day of July, 2018.

/s/ Cindy S. Grinstead
An employee of DICKINSON WRIGHT PLLC